IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SHANE VANDERMOLEN, *et al.*                                    PLAINTIFFS

V.                      No. 4:06CV01644 GH-BD

GARY ANDREWS, *et al.*                                       DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 13th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE